```
 1  ERIC A. GROVER, Bar No. 136080
    SOFIJA VERZICH, Bar No. 221602
 2  LITTLER MENDELSON
    A Professional Corporation
 3  650 California Street, 20th Floor
    San Francisco, CA 94108-2693
 4  Telephone:  (415) 433-1940
    Facsimile:  (415) 399-8490
 5
    Attorneys for Defendant:
 6  THE NEIMAN MARCUS GROUP, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI RAHMANI,<br><br>    Plaintiff,<br><br>v.<br><br>NEIMAN MARCUS GROUP, INC., a Delaware Corporation,<br><br>    Defendant. | Case No. C04-03313 VRW<br><br>**STIPULATION AND ORDER TO CONTINUE ALL OUTSTANDING DEADLINES PENDING RULING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT/PARTIAL SUMMARY JUDGMENT** |

Defendant NEIMAN MARCUS GROUP, INC. and Plaintiff SHERRI RAHMANI hereby request that the Court sign an Order implementing the following stipulation between the parties:

1. The Court has under submission Defendant's Motion for Summary Judgment/Partial Summary Judgment.

2. The parties have already disclosed their respective experts.

3. The parties are required to complete expert discovery by the end of October 2005.

4. The Pretrial Conference is set for October 25, 2005. In connection with the Pretrial Conference, the parties must prepare and file many documents, including a detailed pretrial statement, trial memoranda, proposed jury instructions, exhibits, schedules, summaries and charts to be used at trial, witness lists and summaries, objections to evidence, voir dire forms and verdict forms.

5. The parties would like to avoid any unnecessary time and expense by having to prepare the required pretrial documents on claims that may be summarily adjudicated by the Court. The parties are of the joint belief that each side would be better served by an Order vacating the current Pretrial Conference date and setting a new one after the Court issues it ruling on the pending Motion for Summary Judgment/Partial Summary Judgment, should any claims remain.

WHEREFORE, the parties respectfully request that the Court Order that:

1. The Pretrial Conference set for October 25, 2005 is vacated. If needed, a new Pretrial Conference date will be set after the Court issues its ruling on the pending Motion for Summary Judgment/Partial Summary Judgment.

2. The deadline to complete expert discovery is vacated. If needed, a new deadline will be established after the Court issues its ruling on the pending Motion for Summary Judgment/Partial Summary Judgment.

**IT IS SO STIPULATED.**

Dated: 9-21-05

_____
ERIC A. GROVER
SOFIJA VERZICH
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
THE NEIMAN MARCUS GROUP, INC.

Dated: _____

_____
DANIEL RAY BACON
AARON GORFEIN
LAW OFFICES OF DANIEL RAY BACON
Attorneys for Plaintiff
SHERRI RAHMANI

**IT IS SO ORDERED.**

Dated: _____

Firmwide:80426633.1 042636.1022

_____
CHIEF JUDGE Judge Vaughn R Walker DISTRICT COURT

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

Stipulation and Order Vacating Pretrial Conference    2.    Case No. C04-03313 VRW

Sep 20 05 08:49a                                                                                    p.2

5. The parties would like to avoid any unnecessary time and expense by having to prepare the required pretrial documents on claims that may be summarily adjudicated by the Court. The parties are of the joint belief that each side would be better served by an Order vacating the current Pretrial Conference date and setting a new one after the Court issues it ruling on the pending Motion for Summary Judgment/Partial Summary Judgment, should any claims remain.

WHEREFORE, the parties respectfully request that the Court Order that:

1. The Pretrial Conference set for October 25, 2005 is vacated. If needed, a new Pretrial Conference date will be set after the Court issues its ruling on the pending Motion for Summary Judgment/Partial Summary Judgment.

2. The deadline to complete expert discovery is vacated. If needed, a new deadline will be established after the Court issues its ruling on the pending Motion for Summary Judgment/Partial Summary Judgment.

**IT IS SO STIPULATED.**

Dated: _____

Dated: _9-20-05_____

ERIC A. GROVER
SOFIJA VERZICH
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
THE NEIMAN MARCUS GROUP, INC.

DANIEL RAY BACON
AARON GORFEIN
LAW OFFICES OF DANIEL RAY BACON
Attorneys for Plaintiff
SHERRI RAHMANI

**IT IS SO ORDERED.**

Dated: _____

CHIEF JUDGE OF THE DISTRICT COURT

Firmwide:80426633.1 042636.1022

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693

Stipulation and Order Vacating Pretrial Conference        2.        Case No. C04-03313 VRW

Received  Sep-20-05  08:45am       From-              To-LITTLER MENDELSON       Page 002