ERIC A. GROVER, Bar No. 136080
KELLER GROVER LLP
425 Second Street, Suite 500
San Francisco, California 94107
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

SOFIJA VERZICH, Bar No. 221602
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, California 94108-2693
Telephone: (415) 433-1940
Facsimile: (415) 399-8490

Attorneys for Defendant:
THE NEIMAN MARCUS GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI RAHMANI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NEIMAN MARCUS GROUP, INC., a Delaware Corporation,<br><br>　　　　　Defendant.. | Case No. C04-03313 VRW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING THE SUPPLEMENTAL BRIEFING SCHEDULE PROPOSED BY THE COURT REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION** |

Defendant THE NEIMAN MARCUS GROUP, INC. and Plaintiff SHERRI RAHMANI hereby stipulate to the following modification to the Court's March 22, 2006 Order issued in response to Defendant's Motion for Summary Judgment or, in the Alternative, Summary Adjudication which was submitted pursuant to Rule 56 of the Federal Rules of Civil Procedure:

Given that Defense Counsel will be unavailable between April 8, 2006 and April 23, 2006 as a result of pre-existing family commitments and other time constraints on the part of Plaintiff's Counsel, the parties jointly agree to modify the supplemental briefing schedule proposed by the Court regarding Defendant's Motion for Summary Judgment as follows: the parties agree to postpone the filing of Plaintiff's Supplemental brief from April 7, 2006 to April 28, 2006 and

Stipulation & [Proposed] Order re:
Modification to the Supplemental Briefing
Schedule for the MSJ

Case No. C04-03313 VRW

Defendant's Supplemental Reply, if any, from April 14, 2006 to May 12, 2006.

Given the time constrains faced by both Plaintiff's counsel and Defendant's counsel, good cause exists for the modification of the supplemental briefing schedule as neither side will be prejudiced by the delay.

Dated: 3/31/06

SOFIA VERZICH
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
THE NEIMAN MARCUS GROUP, INC.

Dated: 3/31/06

DANIEL RAY BACON
AARON GORFEIN
LAW OFFICES OF DANIEL RAY BACON
Attorneys for Plaintiff
SHERRI RAHMANI

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

Dated: April 3, 2006

IT IS SO ORDERED
Judge Vaughn R Walker
THE HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT CHIEF JUDGE

Firmwide:80949672.1 042636.1022

Stipulation & [Proposed] Order re: Modification to the Supplemental Briefing Schedule for the MSJ

2.

Case No. C04-03313 VRW