```
 1  ERIC A. GROVER, Bar No. 136080
    KELLER GROVER LLP
 2  425 Second Street, Suite 500
    San Francisco, CA 94107
 3  Telephone:   (415) 543-1305
    Facsimile:   (415) 543-7861
 4
    SOFIJA VERZICH, Bar No. 221602
 5  LITTLER MENDELSON
    A Professional Corporation
 6  650 California Street, 20th Floor
    San Francisco, California 94108-2693
 7  Telephone:   (415) 433-1940
    Facsimile:   (415) 399-8490
 8
    Attorneys for Defendant
 9  THE NEIMAN MARCUS GROUP, INC.

10  DANIEL RAY BACON, Bar No. 103866
    AARON S. GORFEIN, Bar No. 183295
11  LAW OFFICES OF DANIEL RAY BACON
    234 Van Ness Avenue
12  San Francisco, California 94102-4515
    Telephone:   (415) 864-0907
13  Facsimile:   (415) 864-0989

14  Attorneys for Plaintiff
    SHERRI RAHMANI
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sherri Rahmani,<br><br>    Plaintiff,<br><br>    v.<br><br>Neiman Marcus Group, Inc., a Delaware corporation,<br><br>    Defendant.. | Case No. C04-03313 VRW<br><br>**STIPULATED ORDER OF DISMISSAL** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693

Stipulated Order of Dismissal                                    Case No. C04-03313 VRW

1    IT IS HEREBY STIPULATED BETWEEN THE PARTIES HERETO, by and
2  between their respective counsel of record, that all claims presented by Plaintiff Sherri Rahmani in
3  her Complaint for Damages which were not dismissed pursuant to the Court's October 2, 2006 Order
4  granting and denying in part Defendant's Motion for Summary Judgment or, in the Alternative,
5  Partial Summary Judgment (specifically, the remaining portion of Plaintiff's California Labor Code
6  Section 201(a) claim regarding the alleged "loss prevention award of approximately $300 and the
7  alleged remaining balance on Plaintiff's gift card of $30-40") shall be dismissed with prejudice. The
8  parties have reached a settlement of this remaining claim. No party is entitled to file a bill of costs
9  or request for attorneys' fees related to this particular portion of the lawsuit, which is dismissed
10 pursuant to the instant stipulation and settlement between the parties.

**IT IS SO STIPULATED.**

Dated: November 3, 2006            KELLER GROVER LLP

                                   _E A Grover_____
                                   By: ERIC A. GROVER
                                   Attorney for Defendant
                                   The Neiman Marcus Group, Inc.


Dated: November 3, 2006            LAW OFFICES OF DANIEL RAY BACON

                                   _____
                                   By: DANIEL RAY BACON
                                   Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated: November 7, 2006            _____
                                   The Honorable VAUGHN R. WALKER
                                   United States District Court Judge

Firmwide:81635568.1 042636.1022

Stipulated Order of Dismissal              2.              Case No. C04-03313 VRW